UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JG BISHOP CORP d/b/a ASI MODULEX, Et Al | * * * | CIVIL ACTION NO.: 06-07534 |
| VERSUS | * * * | SECTION: "K" |
| CONTINENTAL CASUALTY COMPANY d/b/a CNA, Et Al | * * * * | MAGISTRATE: 4 |

***********************************   *   ***********************************

**O R D E R**

**DENIED AS MOOT**

Considering the foregoing Motion to Remand:

**IT IS ORDERED** that the above-captioned matter be and is hereby **REMANDED** to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

New Orleans, Louisiana, this 9th day of March, 2006.

_____
**UNITED STATES DISTRICT JUDGE**